IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| 5201 HOUSTON ROAD LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO.: 5:19-cv-00299 (TES) |
| | : | |
| CYPRESS INSURANCE COMPANY, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

**MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S
COMPLAINT FOR DAMAGES**

COMES NOW, 5201 Houston Road LLC, plaintiff named herein, by and through their co-counsel of record, Floyd M. Buford, Jr., and respectfully shows:

1.

That Plaintiff's Complaint for Damages was initially filed in the State Court of Bibb County and the Defendant, Cypress Insurance Company, transferred said case and filed an Answer in the United States District Court for the Middle District of Georgia, Macon Division;

2.

That said case has now been resolved to the satisfaction of all parties; and

3.

That the parties request that this Honorable Court consider granting an Order authorizing the settlement in the instant case and dismissing said case with prejudice.

WHEREFORE, 5201 Houston Road LLC, plaintiff named herein, prays as follows:

1. That the Motion to Dismiss with Prejudice Plaintiff's Complaint for Damages be considered;

2. That the Motion to Dismiss with Prejudice Plaintiff's Complaint for Damages be granted;

3. That an Order be entered authorizing the settlement and dismissing with prejudice the instant case; and

4. That any further relief be granted that this Honorable Court deems just and appropriate.

This the 2nd day of July, 2021.

        s/<u>Floyd M. Buford, Jr.</u>
        Floyd M. Buford, Jr.,
        Co-Counsel for Plaintiff,
        5201 Houston Road LLC

136 College Street
Post Office Box 4747
Macon, Georgia 31208
(478) 742-3605
State Bar No.: 093805
Facsimile: (478) 742-8499
Email: fmbuford@mindspring.com

## CERTIFICATE OF SERVICE

I, Floyd M. Buford, Jr., attorney for plaintiff, 5201 Houston Road LLC, do hereby certify that I have served a copy of the foregoing Motion to Dismiss Plaintiff's Complaint for Damages upon all attorneys of record by using the CM/ECF System.

This the 2nd day of July,, 2021.

           s/ Floyd M. Buford, Jr.
           Floyd M. Buford, Jr.
           Co-counsel for Plaintiff
           5201 Houston Road LLC