IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| 5201 HOUSTON ROAD LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: 5:19-cv-00299 (TES) |
| CYPRESS INSURANCE COMPANY, | : |
| Defendant | : |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This Court having considered the Motion to Dismiss with Prejudice Plaintiff's Complaint for Damages and, having been notified that both parties are in favor of dismissal with prejudice in the instant case;

IT IS HEREBY CONSIDERED, ORDERED AND ADJUDGED that said motion is granted, settlement is authorized, and the records of the Clerk of this Court will reflect that this matter has been dismissed with prejudice with all parties required to assume their own costs.

So Ordered this the ___6___ day of ___July___, 2021.

_____
Tillman E. Self III,
United States District Judge,
Middle District of Georgia

Prepared by:
Floyd M. Buford, Jr., Attorney for plaintiff
Post Office Box 4747
Macon, Georgia 31208
(478) 742-3605; Facsimile: (478) 742-8499
Email: fmbuford@mindspring.com